UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RALPH GILCREASE, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) No. 4:25-CV-00235 HEA<br>) |
| HEATHER COFER, | )<br>) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

Petitioner Ralph Gilcrease has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 but has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed in forma pauperis, within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's form motion to proceed in forma pauperis and affidavit in support – habeas cases.

Dated this 27th day of February, 2025.

_____
HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE